JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION - SPRING STREET COURTHOUSE

| | |
|---|---|
| LIBRADO VASQUEZ, | ) Case No.  cv11-10434 R(Ex) |
| Plaintiff, | ) For all purposes assigned to: |
| vs. | ) Honorable Manuel L. Real |
| FRESH DEL MONTE PRODUCE COMPANY; GRENADA SHIPPING CORPORATION; NORBULK SHIPPING UK, LTD; and DOES 1-50, inclusive | ) **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| Defendants. | ) Complaint Filed: December 16, 2011 |
| | ) Trial Date:  December 11, 2012 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The Court, having reviewed the Stipulation presented, adjudges and orders:

1. The Plaintiff's entire Complaint for Damages for Personal Injuries; Demand for Jury Trial, as captioned above, including all causes of action alleged therein, is hereby DISMISSED WITH PREJUDICE subject to the terms and conditions of that certain Settlement Agreement dated August 13, 2012 ("Settlement Agreement"), and the payment terms and conditions memorialized in the documents referred to in the Settlement Agreement.

1    2. This Court shall expressly retain jurisdiction over the enforcement of the Settlement Agreement and assert ancillary jurisdiction over any breach or dispute that arises out of the Settlement Agreement.

3.  All Parties shall bear their own attorneys' fees and costs incurred in the above-captioned action.

4. Through the execution of the Settlement Agreement and all related documents referenced therein, the Plaintiff and Defendant have resolved all disputes between them, including matters arising out of or connected with this action, subject to the reservation of jurisdiction to ensure performance of the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 5, 2012        By_____
                               Honorable Manuel L. Real
                               U.S. District Court Judge